Philip JACKSON, Plaintiff–Appellant,

v.

INTEL CORPORATION, Defendant–Appellee.

No. 2010–1022.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2009.

Chris R. Ottenweller, Craig R. Kaufman, Orrick, Herrington & Sutcliffe LLP, Menlo Park, CA, for Defendant–Appellee.

Andrew J. Kochanowski, Sommers Schwartz, P.C., Southfield, MI, for Plaintiff–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).